Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
greg.korman@kattenlaw.com
Andrew J. Demko (CA 247320)
andrew.demko@kattenlaw.com
Charlotte S. Wasserstein (CA 279442)
charlotte.wasserstein@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3012
Telephone:   310.788.4400
Facsimile:    310.788.4471

Attorneys for Defendants BBVA Compass Bancshares, Inc., Simple Finance Technology Corp., BBVA Compass Financial Corporation, and Compass Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMITABHO CHATTOPADHYAY, UNITE THE PEOPLE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BBVA COMPASS BANCSHARES, INC., SIMPLE FINANCE TECHNOLOGY CORP., BBVA COMPASS FINANCIAL INSTITUTION CORPORATION, and COMPASS BANK,<br><br>Defendants. | Case No. 3:19-cv-01541-SK<br><br>Magistrate Judge Sallie Kim<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT WITHOUT COURT ORDER (L.R. 6-1(a))**<br><br>Complaint Filed: March 25, 2019<br>Complaint Served: April 3, 2019<br>Original response date: April 24, 2019<br>New response date: May 24, 2019 |

# STIPULATION

Plaintiffs Amitabho Chattopadhyay and Unite The People, on the one hand, and named defendants BBVA Compass Bancshares, Inc., Simple Finance Technology Corp., BBVA Compass Financial Corporation, and Compass Bank (collectively, "Defendants"), on the other hand, through counsel, stipulate pursuant to Local Rule 6-1(a), that Defendants shall have an extension of time to file a response to the Complaint in the above-captioned case. Defendants' responsive pleading, originally due on April 24, 2019, shall now be due on or before May 24, 2019. No rights, claims, or defenses are waived by entering this stipulation.

IT IS SO STIPULATED.

Dated:  April 24, 2019            **UNITE THE PEOPLE**

                                  By:  /s/ Erin S. Brinkman
                                       Attorneys for Plaintiffs

Dated:  April 24, 2019            **KATTEN MUCHIN ROSENMAN LLP**

                                  By:  /s/ Gregory S. Korman
                                       Attorneys for Defendants