1  ERIN L. BRINKMAN (SBN 289967)
   Unite the People
2     3003 W. Olympic Blvd Ste. 1031
      Los Angeles, CA 90006
3     Telephone: (888) 245-9393
      E-mail: erin@unitethepeople.org
4  *Attorney for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Amitabho Chattopadhyay,** *et. al.*     Plaintiffs, <br><br> v. <br><br> **BBVA Compass Bancshares, Inc.,** *et. al.*,     Defendants. | **Case No. 3:19-cv-01541** <br><br> REQUEST FOR TELEPHONIC APPEARANCE <br><br> **Date:** June 26, 2019 <br> **Time:** 2:00 p.m. <br> **Room:** Courtroom 9 - Floor 19 <br>        450 Golden Gate Ave. <br>        San Francisco, CA 94102 <br><br> **Judge:** Hon. Jon Tigar |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs in the above-captioned case respectfully request pursuant to the above-captioned judge's Procedures for Telephone Appearances for an order allowing Plaintiffs' counsel to appear by telephone at the above-captioned Case Management Conference. This request is made on the basis that it would be unduly burdensome for class counsel, located in Orange County, California to travel to San Francisco. In addition, a telephonic appearance would be sufficient.

Respectfully submitted,
/s/ Erin L. Brinkman
Erin L. Brinkman
May 8, 2019
Counsel for Plaintiffs

1

## Declaration

I, Erin Brinkman, declare as follows:

1. I am over 18 years old and I make this declaration on the basis of my personal knowledge of the facts set forth below, with the exception of whichever facts may be stated on information and belief. Nonetheless, I believe those facts to be true. If called upon to testify, I could and would testify competently in support of each and every single fact stated herein.

2. I am counsel for the plaintiffs in this case, and write and file this declaration in support of the attached administrative motion.

3. Pursuant to Civil Local Rule 7-5(a), I declare that all factual contentions made in support of my attached administrative motion are true and correct.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,<br>
/s/ Erin L. Brinkman<br>
Erin L. Brinkman<br>
May 8, 2019<br>
Counsel for Plaintiffs