ERIN L. BRINKMAN (SBN 289967)
Unite the People
3003 W. Olympic Blvd Ste. 1031
Los Angeles, CA 90006
Telephone: (888) 245-9393
E-mail: erin@unitethepeople.org
*Attorney for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Amitabho Chattopadhyay, *et. al.* <br> Plaintiffs, <br><br> v. <br><br> BBVA Compass Bancshares, Inc., *et. al.*, <br> Defendants. | Case No. 3:19-cv-01541 <br><br> REQUEST FOR TELEPHONIC APPEARANCE <br><br> Date: June 26, 2019 <br> Time: 2:00 p.m. <br> Room: Courtroom 9 - Floor 19 <br> 450 Golden Gate Ave. <br> San Francisco, CA 94102 <br><br> Judge: Hon. Jon Tigar |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs in the above-captioned case respectfully request pursuant to the above-captioned judge's Procedures for Telephone Appearances for an order allowing Plaintiffs' counsel to appear by telephone at the above-captioned Case Management Conference. This request is made on the basis that it would be unduly burdensome for class counsel, located in Orange County, California to travel to San Francisco. In addition, a telephonic appearance would be sufficient.

Respectfully submitted,
/s/ Erin L. Brinkman
Erin L. Brinkman
May 8, 2019
Counsel for Plaintiffs



GRANTED
Judge Jon S. Tigar

Dated: May 10, 2019

REQUEST FOR TELEPHONIC APPEARANCE
Case No. 3:19-cv-01541