UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMITABHO CHATTOPADHYAY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BBVA COMPASS BANCSHARES, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-01541-JST<br><br>**ORDER RE: DEFENDANTS' MOTIONS TO DISMISS**<br><br>Re: ECF Nos. 17, 18, 19 |

Counsel for Defendants have filed three separate motions to dismiss: (1) a motion on behalf of all four Defendants to dismiss claims brought by Plaintiff Unite the People for lack of standing, ECF No. 17; (2) a motion on behalf of all four Defendants to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), ECF No. 19; and (3) a motion on behalf of two Defendants to dismiss the claims brought against them for lack of personal jurisdiction, ECF No. 18. The filing of three separate motions appears potentially to be an attempt to exceed the 25-page limit under Civil Local Rule 7-2(b).

On or before June 10, 2019, Defendants shall file a statement that either (a) presents cause as to why the Court should not order Defendants to file a single motion to dismiss that complies with Civil Local Rule 7-2 or (b) proposes a deadline for filing such a motion.

The briefing deadlines on the three pending motions are stayed until further order of the Court.

**IT IS SO ORDERED.**

Dated: June 4, 2019

_____
JON S. TIGAR
United States District Judge