UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMITABHO CHATTOPADHYAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BBVA COMPASS BANCSHARES, INC., et al., <br><br> Defendants. | Case No. 19-cv-01541-JST <br><br> **ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS RE: DEFENDANTS' MOTIONS TO DISMISS** <br><br> Re: ECF Nos. 18, 19 |

Before the Court are two motions to dismiss brought by Defendants.[1] ECF No. 18, 19. The Court has reviewed Defendants' statement in response to the Court's June 4, 2019 order, ECF No. 24, and will not require the filing of a single consolidated motion to dismiss. Oppositions to the pending motions to dismiss shall be filed by June 19, 2019, and replies shall be filed by June 26, 2019. The opposition briefs shall not exceed a combined 30 pages, and the reply briefs shall not exceed a combined 18 pages.

**IT IS SO ORDERED.**

Dated: June 11, 2019

JON S. TIGAR
United States District Judge

---

[1] Defendants filed a third motion to dismiss, ECF No. 17, that is now moot following the parties' stipulation to dismiss all claims asserted by Plaintiff Unite the People, ECF No. 23.