**Erin L. Brinkman** (SBN 289967)
Unite the People
3003 W. Olympic Blvd Ste. 1031
Los Angeles, CA 90006
Telephone: (888) 245-9393
E-mail: erin@unitethepeople.org
Attorney for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Amitabho Chattopadhyay,**<br>*et. al.*<br>Plaintiffs,<br>*v.*<br>**BBVA Compass Bancshares, Inc.,**<br>*et. al.,*<br>Defendants. | Case No. 3:18-cv-00373-LB<br><br>**JOINT STIPULATIONAND [PROPOSED] ORDER RE: BRIEFING SCHEDULE**<br><br>Trial Date: None set.<br>Date Action Filed: December 20, 2017 |

Plaintiff Amitabho Chattopadhyay and defendants, by and through their respective counsels of record, hereby stipulate as follows subject to court approval:

Whereas, the parties believe that the issues in presented in defendants' pending motions to dismiss (ECF # 18, 19) are sufficiently complex to warrant more time to respond than the time given in the court's briefing schedule;

Therefore, the parties now jointly respectfully request that the Court extend the briefing schedule on those motions (ECF #25) as follows:

The due date for the oppositions to the pending motions to dismiss shall be July 19, 2019. The due date for the replies to those motions shall be August 2, 2019.

**IT IS SO STIPULATED.**

UNITE THE PEOPLE
LOS ANGELES
CALIFORNIA

STIP & PROPOSED ORDER RE:
BRIEFING SCHEDULE
[CASE NO. 3:19-CV-01541-JST]

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 16, 2019 | ERIN L. BRINKMAN |
| 3 | | |
| 4 | | By: /s/ Erin L. Brinkman |
| 5 | | Erin L. Brinkman |
| 6 | | Attorney for Plaintiff and the Proposed Class |
| 7 | | |
| 8 | Dated: June ___, 2019 | KATTEN MUCHIN ROSENMAN LLP |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Gregory S. Korman |
| | | Attorneys for Defendants BBVA Compass Bancshares, Inc., Simple Finance Technology Corp., BBVA Compass Financial Corporation, and Compass Bank |

UNITE THE PEOPLE
LOS ANGELES
CALIFORNIA

- 2 -

STIP & PROPOSED ORDER TO
MODIFY BRIEFING SCHEDULE
[CASE NO. 3:19-CV-01541-JST]

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2019        By: _____
                                         United States District Judge Jon S. Tigar

UNITE THE PEOPLE
LOS ANGELES
CALIFORNIA

- 3 -

STIP & PROPOSED ORDER TO
MODIFY BRIEFING SCHEDULE
[CASE NO. 3:19-CV-01541-JST]