**Erin L. Brinkman** (SBN 289967)
Unite the People
3003 W. Olympic Blvd Ste. 1031
Los Angeles, CA 90006
Telephone: (888) 245-9393
E-mail: erin@unitethepeople.org
Attorney for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Amitabho Chattopadhyay,**<br>*et. al.*<br>Plaintiffs,<br>*v.*<br>**BBVA Compass Bancshares, Inc.,**<br>*et. al.,*<br>Defendants. | Case No. 3:19-CV-01541-JST<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE**<br><br>Trial Date: None set.<br>Date Action Filed: December 20, 2017 |

Plaintiff Amitabho Chattopadhyay and defendants, by and through their respective counsel of record, hereby stipulate as follows subject to court approval:

Whereas Plaintiff's counsel has requested from defense counsel additional time to oppose the instant motions (ECF # 18, 19) due to personal scheduling conflicts (including an unexpected and imminent move to North Carolina with her young child);

Whereas defense counsel has no objection to Plaintiff's counsel's request and agrees to it provided that defense counsel continues to receive two weeks to file their replies, as the current schedule allows;

Therefore, the parties now jointly respectfully request that the Court extend the briefing schedule on those motions (ECF #25) as follows:

140256122

STIP & ~~PROPOSED~~ ORDER RE:
BRIEFING SCHEDULE
[CASE NO. 3:19-CV-01541-JST]

1       The due date for the oppositions to the pending motions to dismiss shall be August 19,

2 2019. The due date for the replies to those motions shall be September 3, 2019.

3       **IT IS SO STIPULATED.**

4

5 Dated: July 12, 2019                      ERIN L. BRINKMAN

6

7                                     By: /s/ Erin L. Brinkman

8                                         Erin L. Brinkman

9                                 Attorney for Plaintiff and the Proposed Class

10

11 Dated: July 12, 2019                      KATTEN MUCHIN ROSENMAN LLP

12

13

14                                     By: /s/ Gregory S. Korman

15                                     Attorneys for Defendants BBVA Compass
Bancshares, Inc., Simple Finance Technology
16                                     Corp., BBVA Compass Financial Corporation,
and Compass Bank

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIP & ~~PROPOSED~~ ORDER TO
MODIFY BRIEFING SCHEDULE
[CASE NO. 3:19-CV-01541-JST]

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Plaintiff's opposition briefs shall be filed by August 19, 2019, and Defendants' replies shall be filed by September 3, 2019. The August 22, 2019 hearing date is continued to October 2, 2019. The initial case management conference is continued to November 18, 2019. The parties shall file a joint case management conference statement on or before November 8, 2019.

Dated: July 16, 2019

By: [signature]
United States District Judge Jon S. Tigar