```
1  ERIN L. BRINKMAN (SBN 289967)
   Unite the People
2     3003 W. Olympic Blvd Ste. 1031
      Los Angeles, CA 90006
3     Telephone: (888) 245-9393
      E-mail: erin@unitethepeople.org
4  Attorney for Plaintiffs and the Proposed Class
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Amitabho Chattopadhyay, *et. al.* <br> Plaintiffs, <br><br> v. <br><br> BBVA Compass Bancshares, Inc., *et. al.*, <br> Defendants. | Case No. 3:19-cv-01541-JST <br><br> DECLARATION OF ERIN BRINKMAN IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) <br><br> Date:  October 2, 2019 <br> Time:  2:00 p.m. <br> Room:  Courtroom 9 - Floor 19 <br>         450 Golden Gate Ave. <br>         San Francisco, CA 94102 <br><br> Judge:  Hon. Jon Tigar |

### DECLARATION

I, Erin Brinkman, declare as follows:

1. I am over 18 years old and I make this declaration on the basis of my personal knowledge of the facts set forth below, with the exception of whichever facts may be stated on information and belief. Nonetheless, I believe those facts to be true. If called upon to testify, I could and would testify competently in support of each and every single fact stated herein.

2. I am counsel for the plaintiffs in this case, and write and file this declaration in support of the attached opposition.

3. Pursuant to Civil Local Rule 7-5(a), I declare that all factual contentions made in support of my attached motion are true and correct.

4. I declare under penalty of perjury under the laws of the United States that the

1 | foregoing is true and correct.

Respectfully submitted,<br>
/s/ Erin L. Brinkman<br>
Erin L. Brinkman<br>
August 19, 2019<br>
Counsel for Plaintiffs

2

Declaration of Erin Brinkman
Case No. 3:19-cv-01541-JST