**Erin L. Brinkman** (SBN 289967)
Unite the People
3003 W. Olympic Blvd Ste. 1031
Los Angeles, CA 90006
Telephone: (888) 245-9393
E-mail: erin@unitethepeople.org
Attorney for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Amitabho Chattopadhyay,** *et. al.* Plaintiffs, *v.* **BBVA Compass Bancshares, Inc.,** *et. al.,* Defendants. | Case No. 3:19-CV-01541-JST **DECLARATION OF TOMMY NICHOLAS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** Trial Date: None set. Date Action Filed: December 20, 2017 |

I, Tommy Nicholas, declare as follows:

1. I am over 18 years old and I make this declaration on the basis of my personal knowledge of the facts set forth below, with the exception of whichever facts may be stated on information and belief. Nonetheless, I believe those facts to be true. If called upon to testify, I could and would testify competently in support of each and every single fact stated herein.

2. I am the CEO of Alloy.co, a company that helps banks in the United States make instant decisions about people that apply for their accounts online. This includes fraud prevention, KYC/BSA/AML compliance, underwriting, and other factors. Alloy has raised $17.5m in venture capital and works with many of the largest digital banks in the country, including the largest branchless bank in the United States.

3. There is no difference between a citizen and a non-citizen from a security perspective when vetting an applicant online. It is relatively simple to prevent clients from categorically denying non-citizens bank accounts based on their citizenship status alone. There are only a few ways to identify an applicant's citizenship or residency status, such as whether the tax identifier they provided is an ITIN vs. an SSN. Alloy prevents our clients from using any of those methods as a standalone rule to deny an applicant a product. In the case where the identifier provided is an SSN, there is no distinction made between a citizen and a non-citizen whatsoever, because the two categories of individuals are identical from an identity verification perspective. Nonetheless, SSNs and ITINs are equally verifiable by third-party data sources, so non-citizens are equally able to prove their identity via a government ID number as citizens are.

4. Additionally, the use of SSN verification alone to prove an applicant's identity is long understood to be an ineffective verification method, as the majority of American citizens' SSNs have been breached in the various credit bureau data breaches; in fact, non-citizens, who are more likely to have more recent SSN numbers, are in fact less likely to have suffered these data breaches.

5. As such, verification using a broad set of data, including phone carrier data, digital identity data, and more, is considerably more effective. None of that data has a relationship to citizenship, and as such citizens and non-citizens are equally vettable. In addition, some non-citizens have SSNs and are in every way indistinguishable from citizens unless they "out" themselves as non-citizens explicitly. For these individuals, I am unable to even think of what the argument that they are more difficult to vet would be.

6. There is no factual basis to the claim that non-citizens are more likely to commit more financial fraud than citizens, controlling for other factors such as income. The majority of fraud, especially in digital banking, comes from fraudulent actors using stolen identities to get bank

accounts and then using those bank accounts to commit fraud. The goal of the fraudulent actor is to use an identity that is likely to be "approved" for the bank account, and almost by definition this means that using a non-citizen's identity would be a mistake. The topic of this case is the reason why, as those identities are more likely to be denied access to a bank account.  There are no ID verification solutions I know of that take the same stance on non-citzens as Alloy does. However, no ID verification solutions that I know of use citizenship as an explicit variable to deny non-citizens financial products. It is simply not something that is relevant for identity verification and therefore not something most identity verification companies take into consideration either way.

Dated: August 6, 2019                           TOMMY NICHOLAS


                                                By: /s/ Tommy Nicholas
                                                    Tommy Nicholas
                                                Declarant