United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMITABHO CHATTOPADHYAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BBVA COMPASS BANCSHARES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-01541-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 18, 19, 36 |

　　　　Before the Court are Defendants' motions to dismiss. ECF Nos. 18, 19. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument. The hearing on these matters, currently scheduled for October 2, 2019, is hereby VACATED.

　　　　Plaintiffs' counsel's request for telephonic appearance, ECF No. 36, is denied as moot.

　　　　**IT IS SO ORDERED.**

Dated: September 12, 2019



　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　United States District Judge