UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMITABHO CHATTOPADHYAY,<br><br>    Plaintiff,<br><br>    v.<br><br>BBVA COMPASS BANCSHARES, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-01541-JST<br><br>**ORDER RE: STIPULATION REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION MOTION**<br><br>Re: ECF No. 51 |

Pursuant to the parties' stipulation, ECF No. 51, the parties may take discovery regarding Plaintiff's motion for class certification, and the deadline for Defendants' opposition to the class certification motion is extended to April 20, 2020.[1]  The Court sets May 4, 2020, as the deadline for Plaintiff to file her reply brief.  The February 12, 2020 hearing is continued to June 3, 2020.

**IT IS SO ORDERED.**

Dated:  December 13, 2019



JON S. TIGAR
United States District Judge

---

[1] The parties request that the Court lift the discovery stay to allow class certification discovery. However, the Court has not previously stayed discovery.