Stuart M. Richter (CA 126231)
stuart.richter@katten.com
Gregory S. Korman (CA 216931)
greg.korman@katten.com
Andrew J. Demko (CA 247320)
andrew.demko@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3012
Telephone:   310.788.4400
Facsimile:   310.788.4471

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND COURTHOUSE)

| | |
|---|---|
| AMITABHO CHATTOPADHYAY, UNITE THE PEOPLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BBVA COMPASS BANCSHARES, INC., SIMPLE FINANCE TECHNOLOGY CORP., BBVA COMPASS FINANCIAL CORPORATION, and COMPASS BANK,<br><br>Defendants. | Case No. 4:19-cv-01541-JST<br><br>The Honorable Jon S. Tigar<br><br>**NOTICE OF WITHDRAWAL OF CHARLOTTE S. WASSERSTEIN AS COUNSEL**<br><br>Complaint Filed: March 25, 2019 |

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Charlotte S. Wasserstein is no longer associated with Katten Muchin Rosenman LLP and is no longer counsel for Defendants in this case.

Please remove the following from your service list:

///

///

Charlotte S. Wasserstein
charlotte.wasserstein@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3012
Telephone:   310.788.4400
Facsimile:     310.788.4471

Katten Muchin Rosenman LLP and the remaining counsel listed in the caption of this document remain counsel of record for Defendants

Respectfully submitted,

Dated: January 10, 2020                     **KATTEN MUCHIN ROSENMAN LLP**

By:  _____/s/ Gregory S. Korman_____

Attorneys for Defendants