Erin L. Brinkman (State Bar No. 289967)
Pursuit of Justice
erin@pursuitofjustice.org
5042 Wilshire Blvd #46275
Los Angeles, CA 90036
Telephone: 916.917.0855

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
Tiseme G. Zegeye (State Bar No. 319927)
tzegeye@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiff and Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMITABHO CHATTOPADHYAY,<br><br>           Plaintiff,<br><br>v.<br><br>BBVA COMPASS BANCSHARES, INC., et al.,<br><br>           Defendants. | Case No. 19-cv-01541-JST<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Pursuant to Civil Local Rule 7.7(e), Plaintiff Amitabho Chattopadhyay hereby withdraws Plaintiff's Motion for Class Certification (ECF No. 43), without prejudice.  Defendants have not yet filed an opposition to the Motion.

As grounds for the withdrawal, Plaintiff states as follows:

The Parties have not yet held a Rule 26(f) conference, but have scheduled an in-person Rule 26(f) conference for March 11, 2020. Following the Rule 26(f) conference, Plaintiff anticipates serving narrowly-tailored written discovery on Defendants pursuant to Rules 30, 34

1    and 36.  Defendants have also stated their interest in taking discovery, *see* ECF No. 51, but have

2    not yet done so.  Plaintiff believes that the Parties can complete discovery in a relatively short

3    period of time, to be determined by the Court at a Rule 16(b) conference (a request for which will

4    be forthcoming).  After discovery is completed, Plaintiff will file an amended Motion for Class

5    Certification, should the facts of discovery so warrant.

6         Since Defendants have not filed an opposition nor expended any resources on discovery,

7    no party will be prejudiced by the withdrawal of Plaintiff's Motion for Class Certification (ECF

8    No. 43), without prejudice.

Dated: February 14, 2020                    Respectfully submitted,


                                            By:   /s/ *Anne B. Shaver*
                                                    Anne B. Shaver

                                                Kelly M. Dermody (State Bar No. 171716)
                                                kdermody@lchb.com
                                                Anne B. Shaver (State Bar No. 255928)
                                                ashaver@lchb.com
                                                Tiseme G. Zegeye (State Bar No. 319927)
                                                tzegeye@lchb.com
                                                LIEFF CABRASER HEIMANN &
                                                BERNSTEIN, LLP
                                                275 Battery Street, 29th Floor
                                                San Francisco, CA  94111-3339
                                                Telephone:  415.956.1000
                                                Facsimile:  415.956.1008

                                                Erin L. Brinkman (State Bar No. 289967)
                                                erin@pursuitofjustice.org
                                                5042 Wilshire Blvd #46275
                                                Los Angeles, CA 90036
                                                Telephone: 916.917.0855

                                                *Attorneys for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

>             */s/ Anne B. Shaver*
>                Anne B. Shaver