Erin L. Brinkman (State Bar No. 289967)
PURSUIT OF JUSTICE
erin@pursuitofjustice.org
5042 Wilshire Blvd., #46275
Los Angeles, CA 90036
Telephone: 916.917.0855

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
Tiseme G. Zegeye (State Bar No. 319927)
tzegeye@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMITABHO CHATTOPADHYAY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SIMPLE FINANCE TECHNOLOGY CORP. and BBVA USA, f/k/a COMPASS BANK,<br><br>  Defendants. | Case No.  4:19-cv-01541-JST<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR A REASONABLE BRIEFING SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar<br>Location: Courtroom 6 – 2nd  Floor |

1  Plaintiff briefly responds to Defendant Simple Finance Technology Corp. and Defendant BBVA USA f/k/a Compass Bank ("Defendants") Statement of Non-Opposition and Request for a Reasonable Briefing Schedule.  ECF No. 67.

First, as Defendants did not and do not oppose Plaintiff's motion for leave to amend the complaint, they should have so stipulated, saving the Court's time and resources, rather than forcing Plaintiff to file a motion for the same relief.  But given the current posture, Plaintiff respectfully requests that the Court enter an order granting Plaintiff leave to file the First Amended Complaint submitted as Exhibit A to Plaintiff's motion.  ECF 65.

Second, as to the briefing schedule, Plaintiff does not oppose a reasonable extension of the deadlines, as she told Defendants in the course of the parties' meet and confers.  But it should be noted that Plaintiff sent a copy of the proposed First Amended Complaint to Defendants on March 16, 2020.  *See* ECF 65-2, ¶ 3.  Thus, in evaluating Defendants' request to extend the deadline to respond from 21 days (*see* Fed. R. Civ. P. 12) to 60 days, the Court should consider that Defendants had already been in possession of the proposed First Amended Complaint for 39 days at the time of filing their request.  Plaintiff therefore proposes the following briefing schedule, which balances Defendants' need for extra time with the goal of "a just, speedy, and inexpensive determination of every action."  Fed. R. Civ. P. 1.

- A response to the First Amended Complaint within 30 days of the date it is filed;
- Opposition(s) to any Rule 12 motions filed within 21 days after they are filed; and
- Reply briefs within 14 days of any opposition brief.

Plaintiff thanks the Court for its attention to this matter.

| | | |
|---|---|---|
| 1 | Dated:  April 27, 2020 | Respectfully submitted, |
| 2 | | */s/Anne B. Shaver* |
| 3 | | Kelly M. Dermody (State Bar No. 171716) |
| | | kdermody@lchb.com |
| 4 | | Anne B. Shaver (State Bar No. 255928) |
| | | ashaver@lchb.com |
| 5 | | Tiseme G. Zegeye (State Bar No. 319927) |
| | | tzegeye@lchb.com |
| 6 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 7 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA  94111-3339 |
| 8 | | Telephone:  415.956.1000 |
| | | Facsimile:  415.956.1008 |
| 9 | | |
| 10 | | Erin L. Brinkman (State Bar No. 289967) |
| | | PURSUIT OF JUSTICE |
| 11 | | erin@pursuitofjustice.org |
| | | 5042 Wilshire Blvd., #46275 |
| 12 | | Los Angeles, CA 90036 |
| | | Telephone: 916.917.0855 |
| 13 | | |
| 14 | | *Attorneys for Plaintiff and the Proposed Class* |

## **CERTIFICATE OF SERVICE**

I, hereby certify that on April 27, 2020, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

>*/s/ Anne B. Shaver*
>Anne B. Shaver