Stuart M. Richter (CA 126231)
stuart.richter@katten.com
Gregory S. Korman (CA 216931)
greg.korman@katten.com
Andrew J. Demko (CA 247320)
andrew.demko@katten.com
Camille A. Cameron (CA 307859)
camille.cameron@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3012
Telephone:   310.788.4400
Facsimile:   310.788.4471

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND COURTHOUSE)**

| | |
|---|---|
| AMITABHO CHATTOPADHYAY and VITALII TYMCHYSHYN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLE FINANCE TECHNOLOGY CORP. and BBVA USA, F/K/A COMPASS BANK,<br><br>Defendants. | Case No. 4:19-cv-01541-JST<br><br>The Honorable Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FED. R. CIV. P. 54(B) AND STAY OF CASE PENDING APPEAL**<br><br>SAC Filed: June 2, 2020 |

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation Re: Plaintiffs' Motion for Entry of Final Judgment under Fed. R. Civ. P. 54(b) and Stay of Case Pending Appeal of plaintiffs Amitabho Chattopadhyay and Vitalii Tymchyshyn ("Plaintiffs") and defendants Simple Finance Technology Corp. and BBVA USA f/k/a Compass Bank ("Defendants"), dated December 8, 2020, and good cause appearing therefor, the Court finds that:

1. The Court's November 2, 2020 Order Granting Defendant BBVA's Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 102) is a final judgment as to Defendant BBVA; and

2. The Court determines, in its discretion, that there is no just reason to delay review of the Court's November 2, 2020 Order.

Therefore, the Court orders as follows:

1. Plaintiffs' Motion for Entry of Final Judgment (ECF No. 106) is granted; and

2. All proceedings in this Court are stayed until the Court of Appeals issues the mandate in Plaintiffs' appeal or as otherwise agreed to by the parties or ordered by this Court.

**IT IS SO ORDERED.**

Date: _____December 9, 2020_____   _____
Honorable Jon S. Tigar
United States District Judge