Stuart M. Richter (CA 126231)
stuart.richter@katten.com
Gregory S. Korman (CA 216931)
greg.korman@katten.com
Camille A. Cameron (CA 307859)
camille.cameron@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3012
Telephone:   310.788.4400
Facsimile:    310.788.4471

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (OAKLAND COURTHOUSE)

| | |
|---|---|
| AMITABHO CHATTOPADHYAY and VITALII TYMCHYSHYN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLE FINANCE TECHNOLOGY CORP. and BBVA USA, F/K/A COMPASS BANK,<br><br><br>Defendants. | Case No. 4:19-cv-01541-JST<br><br>The Honorable Jon S. Tigar<br><br>**STIPULATION RE: (1) JUDGMENT OF PERMANENT INJUNCTION; AND (2) DISMISSAL OF DAMAGES CLAIMS**<br><br>SAC Filed: June 2, 2020 |

**STIPULATION OF DISMISSAL AND PERMANENT INJUNCTION**

Plaintiffs Amitabho Chattopadhyay ("Chattopadhyay") and Vitalii Tymchyshyn ("Tymchyshyn," together with Chattopadhyay, "Plaintiffs"), and Defendant BBVA USA, f/k/a Compass Bank ("BBVA"), through their respective counsel of record, hereby stipulate and agree as follows:

**RECITALS**

1. On June 2, 2020, Plaintiffs filed their Second Amended Complaint, which asserts damages claims against BBVA for violation of the Civil Rights Act of 1866 (42 U.S.C. § 1981) and California's Unruh Civil Rights Act (Cal. Civ. Code §§ 51 et seq.). Specifically, Plaintiffs allege that BBVA has a stated policy of requiring all non-U.S. citizens with valid social security numbers to open a bank account at a branch office when account opening services for U.S. citizens are otherwise available online (the "Challenged Practice").

2. On June 15, 2020, BBVA filed its motion to dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

3. By order dated November 2, 2020, the Court granted BBVA's motion to dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1).

4. On January 4, 2021, Plaintiffs appealed the November 2, 2020 order granting BBVA's motion to dismiss the Second Amended Complaint.

5. By memorandum dated October 26, 2021, the United States Court of Appeals for the Ninth Circuit reversed the November 2, 2020 order granting BBVA's motion to dismiss the Second Amended Complaint and remanded the Action for further proceedings.

6. By order dated April 4, 2022, the Court denied BBVA's renewed motion to dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

7. The parties have executed an agreement to settle and resolve all claims alleged in the Second Amended Complaint by Plaintiffs individually, which agreement has no effect on the claims of or against any other party or absent class member.

**STIPULATION**

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all individual claims for damages alleged by Plaintiffs in the Second Amended Complaint shall be and are hereby are dismissed with prejudice. The parties shall each bear their own attorneys' fees and costs.

2. BBVA shall be and is hereby permanently enjoined and restrained from engaging in the Challenged Practice, except as required by laws, rules or regulations now in existence or hereafter enacted.

3. The Court shall retain jurisdiction to enforce the terms of this Stipulation Re: (1) Judgment Of Permanent Injunction; and (2) Dismissal Of Damages Claims.

**IT IS SO STIPULATED.**

Dated: October 12, 2022

*/s/ Anne B. Shaver*
Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Tiseme G. Zegeye (State Bar No. 319927)
tzegeye@lchb.com
Caitlin M. Nelson (State Bar No. 335601)
cnelson@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Erin L. Brinkman (State Bar No. 289967)
**PURSUIT OF JUSTICE**
erin@pursuitofjustice.org
5042 Wilshire Blvd #46275
Los Angeles, CA 90036
Telephone: 916.917.0855

*Attorneys for Plaintiffs*

*/s/ Stuart M. Richter*
Stuart M. Richter (CA 126231)
stuart.richter@katten.com
Gregory S. Korman (CA 216931)
greg.korman@katten.com
Camille A. Cameron (CA 307859)
camille.cameron@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

*Attorneys for Defendant*

The filer of this document, Stuart M. Richter, attests that the concurrence in the filing of the document has been obtained from counsel for Plaintiffs pursuant to L.R. 5-1(i).

**STIPULATION OF DISMISSAL AND PERMANENT INJUNCTION**