Stuart M. Richter (CA 126231)
stuart.richter@katten.com
Gregory S. Korman (CA 216931)
greg.korman@katten.com
Camille A. Cameron (CA 307859)
camille.cameron@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND COURTHOUSE)

| | |
|---|---|
| AMITABHO CHATTOPADHYAY and VITALII TYMCHYSHYN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLE FINANCE TECHNOLOGY CORP. and BBVA USA, F/K/A COMPASS BANK,<br><br>Defendants. | Case No. 4:19-cv-01541-JST<br><br>The Honorable Jon S. Tigar<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>SAC Filed: June 2, 2020 |

Plaintiffs Amitabho Chattopadhyay ("Chattopadhyay") and Vitalii Tymchyshyn ("Tymchyshyn," together with Chattopadhyay, "Plaintiffs"), and Defendant BBVA USA, f/k/a Compass Bank ("BBVA"), have reached a settlement in this case subject to the Court entering the Parties' Proposed Order Granting Stipulation Re: (1) Judgment of Permanent Injunction; and (2) Dismissal of Damages Claims. (ECF No. 131-1.) Accordingly, the Parties request that the Court vacate all upcoming hearing dates and deadlines currently scheduled in this matter.

Respectfully submitted,

Dated: October 12, 2022

*/s/ Anne B. Shaver*
Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Tiseme G. Zegeye (State Bar No. 319927)
tzegeye@lchb.com
Caitlin M. Nelson (State Bar No. 335601)
cnelson@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Erin L. Brinkman (State Bar No. 289967)
**PURSUIT OF JUSTICE**
erin@pursuitofjustice.org
5042 Wilshire Blvd #46275
Los Angeles, CA 90036
Telephone: 916.917.0855

*Attorneys for Plaintiffs*

*/s/ Stuart M. Richter*
Stuart M. Richter (CA 126231)
stuart.richter@katten.com
Gregory S. Korman (CA 216931)
greg.korman@katten.com
Camille A. Cameron (CA 307859)
camille.cameron@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

*Attorneys for Defendant*

The filer of this document, Stuart M. Richter, attests that the concurrence in the filing of the document has been obtained from counsel for Plaintiffs pursuant to L.R. 5-1(i).