Stuart M. Richter (CA 126231)
stuart.richter@katten.com
Gregory S. Korman (CA 216931)
greg.korman@katten.com
Camille A. Cameron (CA 307859)
camille.cameron@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3012
Telephone:    310.788.4400
Facsimile:     310.788.4471

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND COURTHOUSE)

| | |
|---|---|
| AMITABHO CHATTOPADHYAY and VITALII TYMCHYSHYN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLE FINANCE TECHNOLOGY CORP. and BBVA USA, F/K/A COMPASS BANK,<br><br><br>Defendants. | Case No. 4:19-cv-01541-JST<br><br>The Honorable Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: (1) JUDGMENT OF PERMANENT INJUNCTION; AND (2) DISMISSAL OF DAMAGES CLAIMS**<br><br>SAC Filed: June 2, 2020 |

**[PROPOSED] ORDER**

Pursuant to the STIPULATION RE: (1) JUDGMENT OF PERMANENT INJUNCTION; AND (2) DISMISSAL OF DAMAGES CLAIMS entered into by and between Plaintiffs Amitabho Chattopadhyay and Vitalii Tymchyshyn ("Plaintiffs") and Defendant BBVA USA f/k/a Compass Bank ("Defendant"), dated October 12, 2022, and good cause appearing therefor, it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. All claims for damages alleged by Plaintiffs against BBVA in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. BBVA shall be and is hereby permanently restrained and enjoined from engaging in the Challenged Practice alleged in Plaintiffs' Second Amended Complaint, defined as having a stated policy of requiring all non-U.S. citizens with valid social security numbers to open a bank account at a branch office when account opening services for U.S. citizens are otherwise be available online.

3. The Court shall retain jurisdiction to enforce the terms of this judgment.

Date: __October 13, 2022_____   _____
Honorable Jon S. Tigar
United States District Judge